# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. | 8:21-cr-41-TPB-TGW | | DATE: | March 21, 2023 |
|---|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | | **INTERPRETER:** | James Plunkett (sworn) |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**RAYMUNDO ZACARIAS TUAREZ CEDENO** | | | **LANGUAGE:** | Spanish |
| | | | **GOVERNMENT COUNSEL**<br>David Pardo, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Shiobhan Olivero, CJA | |
| **COURT REPORTER:** Rebekah Lockwood | | | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** | 10:12 – 11:30 a.m. | **TOTAL:** 26 mins. | **PROBATION:** | Daia Jung |
| Total of 4 Dfts sentenced; there were some overlaps in time and the above total time references only Dft. Cedeno's sentencing. | | | **COURTROOM:** | 14A |

**PROCEEDINGS:** **SENTENCING HEARING - Evidentiary**

Defendant sworn and adjudged guilty on Count One of the Indictment.

Statements made by Counsel. Government witnesses: Co-dft Jefferson Anchundia Pinargote (sworn), SA Dan McCaffrey (sworn) & SA Anthony Reynolds (sworn). Defendant addressed the Court.

Imprisonment: **ONE HUNDRED and EIGHTY (180) MONTHS** to run concurrently with sentence imposed in case #3:18-cr-328, District of Puerto Rico.

The Court makes the following recommendations to the Bureau of Prisons:
1. Incarceration at Coleman, Florida or Miami, Florida.
2. Participate in Unicor.
3. Provide education in English language to include reading, writing, and speaking; obtain GED.
4. Vocational training as available, particularly in welding, plumbing, electrical & construction.
5. Defendant is legally paroled into the United States.

Supervised Release: **FIVE (5) YEARS.**

Fine is waived. Special Assessment: $100.00 to be paid immediately.

Special condition of supervised release:

1. Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The mandatory drug testing requirements of the Violent Crime Control Act are suspended. However, the Defendant must submit to random drug testing not to exceed 104 tests per year.

Defendant's motion for downward variance Doc. 237) is DENIED as articulated in the record.

Count Two of the Indictment is dismissed in accordance with the plea agreement.

Defendant is remanded to the custody of the U.S. Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING
(prior to any variances/departures)

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category | III |
| Imprisonment Range | 168 - 210 Months |
| Supervised Release Range | 2 - 5 Years |
| Restitution | N/A |
| Fine Range | $35,000 - $10,000,000 |
| Special Assessment | $100.00 |

Government's Objections to PSR:
Paragraph 24 (Offense Level Computation) – sustained
Paragraph 25 (Special Offense Characteristics) - overruled